IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD BERNARD,<br>    *Petitioner* | : | CIVIL ACTION |
| v. | : | |
| JAMIE SORBER, *et al.*,<br>    *Respondents* | : | No. 22-1668 |

## O R D E R

**AND NOW**, this 2nd day of February, 2023, upon careful and independent consideration of Leonard Bernard's Petition for Writ of *Habeas Corpus* (Doc. No. 2), Magistrate Judge Lynne A. Sitarski's Report and Recommendation (Doc. No. 8), and Mr. Bernard's Objection to the Report and Recommendation (Doc. No. 9), it is hereby **ORDERED**:

1. Mr. Bernard's Petition for Writ of *Habeas Corpus* (Doc. No. 2) is **DENIED** as set forth in the accompanying memorandum;

2. A Certificate of Appealability shall not issue; and,

3. The Clerk of Court shall mark this matter **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**